**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **DIEGO JESUS ZAVALA LOPEZ** | **CIVIL ACTION NO. 26-2692**<br>**SECTION P** |
| **VS.** | **JUDGE JAMES D. CAIN, JR.** |
| **BRYAN ACUNA, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The Report and Recommendation (Doc. 14) of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Diego Jesus Zavala Lopez's request for habeas corpus is **GRANTED**. Respondents, and the warden of Winn Correctional Center, shall (A) **immediately release** Petitioner from custody without any bond requirements or new conditions, and (B) notify Petitioner's counsel of the exact location and time of his release no less than two hours before his release.

that Respondents shall, within **24 hours** after Petitioner's release, file a status report confirming his release.

**IT IS FURTHER ORDERED** that Petitioner's motion for bond, [doc. # 11], motion to expedite, [doc. # 12], and motion for entry of judgment under Rule 54(b) [doc. 18] are **DENIED AS MOOT**.

THUS DONE AND SIGNED in chambers on this 21st day of October, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE